In the Matter of MARK S. WALLACH, as Chapter 7 Trustee for NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents.

Submitted May 5, 2014; decided May 8, 2014

In the Matter of MARK S. WALLACH, as Chapter 7 Trustee for NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents.

Submitted May 5, 2014; decided May 8, 2014

Motion by Dryden Resources Awareness Coalition for leave to file a brief amicus curiae on the appeal herein granted and the

proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.